THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN ANTOINE JONES, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. CR21-0022-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion to extend the protective order in this matter (Dkt. No. 26). Finding good cause, the motion is GRANTED. The terms of the existing protective order (Dkt. No. 25) are extended to Defendant September Desiree Grubb and her defense team. Ms. Grubb and her defense team are governed and bound by all terms of that order.

DATED this 12th day of March 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　A close-up of a signature

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0022-JCC
PAGE - 1