THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEPTEMBER GRUBB,<br><br>　　　　　Defendant. | CASE NO. CR21-0022-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to extend her surrender date (Dkt. No. 85). Finding good cause, the motion is GRANTED. Defendant's surrender date shall be extended to January 25, 2022.

DATED this 22nd day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0022-JCC
PAGE - 1